FILED SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 JAN 19 PM 5:02
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:22CR 15 |
| Plaintiff, | |
| vs. | INDICTMENT |
| JOHN J. STRATMAN, | 18 U.S.C. § 2422(b) |
| Defendant. | 18 U.S.C. § 2423(b) |

The Grand Jury charges that

## COUNT I

Beginning on or about October 1, 2021, and continuing until on or about January 4, 2022, in the District of Nebraska and elsewhere, defendant JOHN J. STRATMAN did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about January 4, 2022, in the District of Nebraska and elsewhere, defendant JOHN J. STRATMAN did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person in that JOHN J. STRATMAN drove from Sioux Falls, South Dakota to Omaha, Nebraska, for the purpose of having oral sex with a 15-year-old female.

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DONALD J. KLEINE, 22669
Assistant U.S. Attorney