

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:22CR15 |
|---|---|
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | 18 U.S.C. § 2422(b) |
| JOHN J. STRATMAN, | 18 U.S.C. § 2423(b) |
| | 18 U.S.C. § 2428 |
| | 21 U.S.C. § 853(p) |
| Defendant. | 28 U.S.C. § 2461(c) |

The Grand Jury charges that

### COUNT I

Beginning on or about October 1, 2021, and continuing until on or about January 4, 2022, in the District of Nebraska and elsewhere, defendant JOHN J. STRATMAN did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

### COUNT II

On or about January 4, 2022, in the District of Nebraska and elsewhere, defendant JOHN J. STRATMAN did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with another person in that JOHN J. STRATMAN drove from Sioux Falls, South Dakota to Omaha, Nebraska, for the purpose of having oral sex with a 15-year-old female.

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE

1. The allegations contained in Counts I and II of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Sections 2422 and 2423, the defendant, JOHN J. STRATMAN, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses. The property to be forfeited includes, but is not limited to, the following:

    a. Red 2019 Buick Enclave; VIN: 5GAEVAKW5KJ103458.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
DONALD J. KLEINE, 22669
Assistant U.S. Attorney

3