IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN J. STRATMAN,<br>　　　　　　Defendant. | 8:22-CR-15<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　　This matter is before the Court upon the United States of America's Motion for Preliminary Order of Forfeiture. Filing 24. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1.　　On March 18, 2022, Defendant entered into a plea agreement, pleading guilty to Count Two and admitting to the Forfeiture Allegation of the Superseding Indictment. Filing 21.

2.　　Count One charged defendant with use of a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice a minor to engage in sexual activity for which the defendant could be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b). Count Two Charged transportation in interstate commerce with intent to engage in illicit conduct with a minor, in violation of 18 U.S.C. § 2423(b).

3.　　The Forfeiture Allegation of the Indictment alleged the Red 2019 Buick Enclave; VIN: 5GAEV AKW5KJ103458, was used to commit and to facilitate the commission of the violations.

4.　　As a result of this plea, Defendant's interest in the Property is forfeited to the United States.

5.　　The United States is entitled to possession of the Property. 21 U.S.C. § 853 and 28 U.S.C. § 2461(c).

6.　　The Motion for Preliminary Order of Forfeiture should be granted.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1

A. The Motion for Preliminary Order of Forfeiture, Filing 24, is hereby granted.

B. Defendant's interest in the Property is hereby forfeited to the United States. 21 U.S.C. § 853(n)(1).

C. The United States is hereby authorized to seize the Property.

D. The United States shall hold the Property in its secure custody and control.

E. Pursuant to 21 U.S.C. §853(n)(1), the United States shall publish notice of this Preliminary Order of Forfeiture for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property.

F. Pursuant to 21 U.S.C. § 853(n)(2), notice shall provide that any person, other than defendant, having or claiming a legal interest in the Property must file a petition with this Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

G. Pursuant to 21 U.S.C. § 853(n)(3), a petitioner must sign the petition under penalty of perjury and set forth the nature and extent of the petitioner's right, title or interest in the Property and any additional facts supporting the petitioner's claim and the relief sought.

H. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture addressing all interests. 21 U.S.C.§ 853(n).

Dated this 14th day of April, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge