FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 DEC 20  PM 2:11
OFFICE OF THE CLERK

12-12-22

District Judge Brian C. Buescher     8:22cr15
US District Court
111 S. 18th Plaza Suite 3190

Your Honor,

At this time I would like to remove attorney James McGough as my representative and attorney of record. I have given POA to my sister Pat Deharty for all matters legal and financial.

Further I am asking that my fine of $25,100 be waived or reduced. I make this request based on the following facts.

1. In my divorce of Sept 7 2022, my wife received the bulk of our marital assets.
2. My income was reduced by $6500/mo due to loss of social security and my VA disability income
3. Due to the divorce, I now must pay $4250/month in alimony.
4. Prior to sentencing I was required to forfeit the asset of my 2019 Buick Enclave. The book value at the time of seesure was $33,000.
5. During the time since sentencing I have accrued additional debt with

OVER

Mr. McGough as well as my divorce attorney. As of this writing these debts are of an indeterminate amount, but likely to run several thousand dollars.

I make this request in good faith seeking a sense of fairness.

Respectfully submitted,

John Stratman

John Stratman 91872-509
FCI Englewood
9595 W. Quincy Ave
Littleton CO 80123

Patricia ~~Stratman~~ Deharty
16562 Valley Cir
Omaha NE 68130