CASE #8:22CR15

To: Federal District Court of Nebraska

From: John J. Stratman Inmate 91872-509

I am requesting a Public Defender be appointed to represent me with regards to the Form 2255.

_John Stratman_  
Signature

8-9-23  
Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 AUG 15 AM 11:48
OFFICE OF THE CLERK

RECEIVED
AUG 15 2023
CLERK
U.S. DISTRICT COURT