FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUN -9 AM 10: 26

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEBRASKA
CASE NO. 8:22-CR-15-001

JOHN STRATMEN,
    Defendant/Movant,

v.

        MOTION FOR STATUS AND DOCKET SHEET

UNITED STATES OF AMERICA,
    Respondent,

---

## DEFENTANT'S/MOVANT'S MOTION/REQUEST FOR STATUS AND DOCKET SHEET

---

COMES NOW, Defendant/Movant John Stratman "Stratman," again appearing pro se respectfully moves this

Honorable Court with his Motion for Status and Docket Sheet. Defendant files this Motion/Request to receive an

update on his Compassionate Release Motion that is now before this Honorable Court.

Submitted this 28th day of May 2026

                Respectfully Submitted,

                John J. Stratman, ID # 91872-509
                FMC Butner
                P. O. Box 1600
                Butner, NC 27509

Clerk's Office
United States District Court
For the Eastern District of North Carolina
310 New Bern Avenue
Raleigh, NC 27601

May 28, 2026

RE: MOTION FOR STATUS AND REQUEST
FOR DOCKET SHEET

Dear Clerk,

Please find enclosed two copies of the above referenced Motion. Please return to me a copy marked "filed/received".

For your convenience I have enclosed a self-addressed stamped envelope. I appreciate your assistance with this

matter and I await your reply.

Respectfully Submitted,

John J. Stratman, Id # 91872-509
FMC Butner
P. O. Box 1600
Butner, NC 27509

RECEIVED

JUN - 9 2026

CLERK
DISTRICT COURT

**CERTIFIED MAIL®**

9589 0710 5270 3271 5602 56

⇔91872-509⇔
John Stratman
Federal Medical Center
PO BOX :1600
Butner, NC 27509
United States



U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC 27509
JUN 01, 2026
$0.00
S2324D500798-91
68102
Retail
RDC 99

RECEIVED
JUN - 9 2026
CLERK
U.S. DISTRICT COURT

⇔91872-509⇔
Clerk Of Court
111 S 18TH PLZ
Suite 1152
Omaha, NE 68102
United States

LEGAL MAIL !



FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE 5/29/2026

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification. If the writer encloses correspondence for
forwarding to another addressee, please return the enclosed
to the above address.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE