

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEBRASKA
CASE No. 8:22-CR-15-001

JOHN STRATMAN,
   Defendant/Movant,

   v.

UNITED STATES OF AMERICA,
   Respondent,

NEW MOTION FOR VIDEO
CONFERENCE HEARING

---

DEFENDANT'S/MOVANT'S NEW MOTION FOR VIDEO CONFERENCE HEARING IN SUPPORT
OF HIS NEW MOTION FOR COMPASSIONATE RELEASE/REDUCTION IN SENTENCE PURSUANT
TO 18 U.S.C. SECTION 3582(c)(1)(A)(i) AND THE AMENDED FIRST STEP ACT OF 2018

---

COMES NOW, Defendant/Movant John Stratman "Stratman" again appearing pro se, respectfully moves this Honorable Court with his New Motion for Video Conference Hearing in support of his New Motion for Compassionate Release / Reduction in Sentence Pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i) and the Amended First Step Act of 2018. In support of this Motion, Defendant / Movant shows the following:

(1) A Video Conference Hearing would be beneficial for all parties concerned.

(2) A Video Conference Hearing would also be beneficial to the Court for determining whether or not Mr. Stratman's Motion has merit on its face.

(3) At such a hearing, Mr. Stratman's court appointed Attorney can argue issues to persuade the Court to grant his Motion for Compassionate Release. If the Court should grant this Motion for Video Conference, then we ask this Court to Appoint counsel to represent him at that hearing.

(4) Mr. Stratman is in danger of losing his right arm, simply because the BOP had an inexplicable negligent delay of diagnosis of greater than 10 months. That delay has now resulted in a urgent need for the arm to be amputated. An Attorney can also explain how if not for the delay he may not have the urgent need for amputation.

(5) We ask that this Honorable Court be aware that Mr. Stratman did not prepare any of the Motions that are being filed, but rather he was assisted by a Legal Assistant / Paralegal and that person can no longer assist him.

WHEREFORE, Mr. Stratman files this Motion in good faith and for good cause shown.

Submitted this 10th day of July, 2026.

Respectfully Submitted,

John Stratman, ID# 91872-509
Case No. 8:22-CR-15-001
FMC Butner
P.O. Box 1600
Butner, NC 27509