U. . F    COURT

2026 JUL 27  PM 3: 15

OFFICE C    .E .  .RK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEBRASKA
CASE No. 8:22-CR-15-001

JOHN STRATMAN,
   Defendant/Movant,

    v.

UNITED STATES OF AMERICA,
   Respondent,

NEW MOTION FOR COUNSEL UNDER
NEW CIRCUMSTANCES

---

### DEFENDANT'S/MOVANT'S NEW MOTION FOR APPOINTMENT OF COUNSEL TO REPRESENT HIM WITH HIS MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. SECTION 3582(c)(1)(A)(i) AND THE AMENDED FIRST STEP ACT OF 2018

---

COMES NOW, John Stratman "Stratman" appearing pro se, respectfully moves this Honorable Court with his New

Motion for Appointment of Counsel to represent him with his New Motion for Reduction in Sentence Pursuant to 18

U.S.C. Section 3582(c)(1)(A)(i) and the Amended First Step Act of 2018. In Support of this Motion, Defendant /

Movant shows the following:

(1) Mr. Stratman is a Layman in Law and cannot afford
to hire counsel. (See six month Trust Fund History
enclosed).

(2) An Attorney can Supplement his Motion and represent
him at a Video Conference Hearing if such a hearing
is GRANTED.

(3) An Attorney can also explain to the Court how his terminal
illness is directly related to the BOP's delay of diagnosis and
their delay in their treatment. That Attorney can also stress
to the Court that Mr. Stratman is now 12 months into an end-
of-life trajectory of less than 18 months and counting. Any
further delay in a judgement in favor of Stratman's Motion
requesting immediate release would mean he would die in
prison.

(4) Mr. Stratman's Motion has merit on its face, and should
be given full consideration by this Honorable Court.

(5) The issue in this particluar Compassionate Release Motion
are "dire" and should be appointed counsel to stress the dire
need for an urgent response from this Honorable Court.

WHEREFORE, Mr. Stratman files this Motion in good faith and for good cause shown.

Submitted on this 10th day of July, 2026.

Respectfully Submitted,

John Stratman, ID# 91872-509
Case No. 8:22-CR-15-001
FMC Butner
P.O. Box 1600
Butner, NC 27509

CERTIFICATE OF SERVICE

I, John Stratman, do hereby certify that on this day a true and correct copy of the attached and foregoing Motion

was placed in the prison's mailbox with proper postage addressed as follows:

United States Attorney's Office
For the Northern District NE
1620 Dodge Street
Suite 1400
Omaha, NE 68102

Submitted this 10th day of July 2026

Respectfully Submitted.

*John Stratman*

John Stratman ID # 91872-509
Case No. 8:22-CR-15-001
FMC Butner
P. O. Box 1600
Butner, NC 27509